JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>               Plaintiff,<br><br>    v.<br><br>TOPEKA PLAZA,<br><br>               Defendant. | Case No.  CV 17-2633-GW(KSx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

      Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

      IT IS SO ORDERED.

Dated: October 18, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE